UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Crystal Barentine v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13021-DRH |
| *Kimberly Gillespie v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10769-DRH |
| *Bridgette Hearne v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10240-DRH |
| *Patricia McGrath v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10745-DRH |
| *Stephanie McIntosh v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10750-DRH |
| *Melissa Moore v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10241-DRH |
| *Renee O'Neal v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10254-DRH |
| *Stacy Y. Sasaki v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13677-DRH |
| *Janna Walker v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10237-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**


**BY:   /s/*Caitlin Fischer*
Deputy Clerk**

**Dated:**  June 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.19
10:33:07 -05'00'

**APPROVED:**

**CHIEF JUDGE
U. S. DISTRICT COURT**

2